IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LYNN IVES | : | CIVIL ACTION |
|  | : |  |
| Plaintiff, | : | NO. 2:15-cv-5317-JCJ |
|  | : |  |
| v. | : |  |
|  | : |  |
| NHS HUMAN SERVICES, INC. | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

## ORDER

AND NOW, this    27th    day of July, 2016, upon consideration of Plaintiffs' Motion for Leave to Amend Plaintiff's Complaint (Doc. No. 13), Defendant's Response in opposition thereto (Doc. No. 15), and Plaintiff's Reply in further support thereof (Doc. No. 16), it is hereby ORDERED that the Motion is GRANTED. The Plaintiff shall have fourteen (14) days from the entry of this Order to file an amended complaint.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,   J.